UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Judith Kay Nelson,

        Debtor.                                            BKY 18-41088

----------------------------------

Julia A. Christians, Trustee for the                        ADV 19-04099
Bankruptcy Estate of Judith Kay Nelson,

        Plaintiff,

v.                                                          **JUDGMENT**

John Rogers, formerly doing business as JER
Holdings, Inc.,

        Defendant.

This proceeding came before the court, and a decision or order for judgment was duly rendered, the Honorable Kathleen H. Sanberg, Chief United States Bankruptcy Judge, presiding.

It is therefore Ordered and Adjudged: Plaintiff is awarded judgment against defendant John Rogers, formerly doing business as JER Holdings, Inc. in the amount of $69,125.00, plus costs and disbursements of $350.00, for a total of $69,475.00

Dated:     June 19, 2019                       Lori A. Vosejpka
At:        Minneapolis, Minnesota              Clerk of Bankruptcy Court

                                               /e/ Lynn M. Hennen
                                    By:        _____
                                               Lynn M. Hennen
                                               Deputy Clerk

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *06/19/2019*
Lori Vosejpka, Clerk, by LH