UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Judith Kay Nelson,

        Debtor.

BKY 18-41088

-----------------------------------

Julia A. Christians, Trustee for the
Bankruptcy Estate of Judith Kay Nelson,

        Plaintiff,

ADV 19-04099

v.

**JUDGMENT**

John Rogers, formerly doing business as JER
Holdings, Inc.,

        Defendant.

        This proceeding came before the court, and a decision or order for judgment was duly rendered, the Honorable Kathleen H. Sanberg, Chief United States Bankruptcy Judge, presiding.

        It is therefore Ordered and Adjudged: Plaintiff is awarded judgment against defendant John Rogers, formerly doing business as JER Holdings, Inc. in the amount of $69,125.00, plus costs and disbursements of $350.00, for a total of $69,475.00

Dated:    June 19, 2019  
At:       Minneapolis, Minnesota

Lori A. Vosejpka  
Clerk of Bankruptcy Court

By:    /e/ Lynn M. Hennen

Lynn M. Hennen  
Deputy Clerk

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *06/19/2019*
Lori Vosejpka, Clerk, by LH

United States Bankruptcy Court
District of Minnesota

CHRISTIANS TRUSTEE,
    Plaintiff

Adv. Proc. No. 19-04099-KHS

Rogers,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0864-4     User: lynn     Page 1 of 1     Date Rcvd: Jun 19, 2019
                     Form ID: pdf111    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 21, 2019.
dft          +John Rogers,    1316 North Laurel Avenue #9,    Los Angeles, CA 90046-4617

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2019                                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 19, 2019 at the address(es) listed below:
         Charla M Hunter     on behalf of Debtor 1 Judith Kay Nelson chunter@huntermartinlaw.com
         Gordon B. Conn     on behalf of Plaintiff JULIA A CHRISTIANS TRUSTEE gconn@lapplibra.com
         Julia A. Christians     on behalf of Plaintiff JULIA A CHRISTIANS TRUSTEE jchristians@lapplibra.com, lfrey@lapplibra.com;kstimpel@lapplibra.com;MN0A@ecfcbis.com
         Julia A. Christians     on behalf of Trustee Julia A. Christians jchristians@lapplibra.com, lfrey@lapplibra.com;kstimpel@lapplibra.com;MN0A@ecfcbis.com
         Julia A. Christians     jchristians@lapplibra.com, lfrey@lapplibra.com;kstimpel@lapplibra.com;MN0A@ecfcbis.com
         US Trustee     ustpregion12.mn.ecf@usdoj.gov
                                                                                                             TOTAL: 6